UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THERESA SCHULTZ                                              CIVIL ACTION

VERSUS                                                       NUMBER: 20-2830

ROUSE'S ENTERPRISES, L.L.C.                                  SECTION: "I"(5)

**ORDER**

Defendant has filed a motion in this case which, including exhibits, is 77 pages in length. (Rec. doc. 17). Because the submission exceeds 50 pages, counsel for Defendant shall make arrangements with the Court's Case Manager, Jennifer Schouest, at (504) 589-7687, for delivery of a hard copy of the submission to the Court for its use. The copy must be spiral bound, tabbed, and reflect pagination and document numbers consistent with the electronic document stamping of the CM/ECF system. Counsel for the parties are reminded that any future filings greater than 50 pages in total length shall automatically be subject to the same requirement.

New Orleans, Louisiana, this 25th day of March, 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE