# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERESA SCHULTZ** | * |
| | *   **CIVIL ACTION NO.: 20-cv-02830** |
| *Plaintiff,* | * |
| | *   **DISTRICT JUDGE:** |
| **VERSUS** | *   **LANCE M. AFRICK** |
| | * |
| **ROUSE'S ENTERPRISES, L.L.C.** | *   **MAGISTRATE JUDGE:** |
| | *   **MICHAEL B. NORTH** |
| *Defendant.* | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Defendant, Rouse's Enterprises, L.L.C., hereby provides notice that the foregoing Motion to Strike Second Report of Dr. Lacy H. Sapp Ph.D. shall be submitted for decision to the Honorable Lance M. Africk, United States District Court Judge, on April 21, 2021 at 9:00 a.m.

**Respectfully submitted,**

**COTTEN SCHMIDT, L.L.P.**

**/s/ Cody J. Acosta**
**LAWRENCE E. ABBOTT   #02276**
**PAUL M. LAVELLE         #08692**
**CHRISTINE C. BRUNEAU #25366**
**CODY J. ACOSTA            #37005**
**650 Poydras St., Suite 1950**
**New Orleans, Louisiana  70130**
**Telephone: (504) 568-9393**
**Fax: (504) 524-1933**
*Attorneys for Rouse's Enterprises, L.L.C.*

Dated: March 29, 2021