



March 18, 2021

To:    Cody J. Acosta *(CAcosta@cottenschmidt.com)*
       Fax: (504) 524-1933
       Cotton Schmidt, LLP
       650 Poydras St., Suite 1950
       New Orleans, LA 70130

Re:    *Theresa Schultz v. Rouse's Enterprises, LLC*
My File:    20-C10536M00001

**SENT *VIA* E-MAIL AND FAX**
**CAcosta@cottenschmidt.com**
**(504) 524-1933**

Dear Atty. Acosta:

    Please see as attached the Expert's Supplemental Report regarding the above-referenced matter.

    Thank you.

Best Regards,

/s/ Benjamin Thomas
Smiley Injury Law

SETH J. SMILEY • *LA, CA, TX*
BRADLEY ALDRICH\* • *LA*
BENJAMIN THOMAS\* • *LA*
*\*OF COUNSEL*

805 ARABELLA STREET
NEW ORLEANS, LA 70115

*p* 504.822.2222
*f* 504.605.2054

SMILEY**INJURY**LAW.COM



Page 1 of 1



Lacy H. Sapp, PhD
lsapp@stokes-associates.com
504.608.6932

March 18, 2021

Mr. Ben Thomas
Smiley Law Firm, LLC
805 Arabella St
New Orleans, LA 70115-3143

**VIA U.S. MAIL AND EMAIL:** ben@smileyfirm.com

RE:     Theresa Schultz
My File Number:    LS21045

Dear Mr. Thomas:

This is a supplemental report to my previously disclosed initial report dated 03/01/2021 regarding the above captioned matter. Since my initial report, I have completed consultation with Dr. Ann Conn on 03/15/21, as Dr. Conn's schedule did not allow for consultation before that date. During consultation, I was able to confirm Dr. Conn's medical opinions regarding future treatment made necessary as a result of injuries Ms. Schultz sustained on 12/30/2019, specifically the spinal cord stimulator recommendation as documented in Dr. Conn's medical records for Ms. Schultz. Below is a summary of the consultation held with Dr. Conn.

### Consultation with Dr. Conn:
Consultation was held with Dr. Conn on 03/15/21 to obtain her opinions regarding Ms. Schultz's future medical care needs as a result of the injuries sustained on 12/30/2019. Dr. Conn initially saw Ms. Schultz on 06/27/2019, for pre-existing CRPS on her left side. Ms. Schultz was seen again on 12/06/2019, prior to the 12/30/19 injury. Ms. Schultz was seen following the indexed incident on 02/06/20. At that time, Ms. Schultz reported she had broken her wrist. Dr. Conn noted that Ms. Schultz had developed CRPS in the right upper extremity which she opined was more probably than not related to the wrist fracture Ms. Schultz sustained on 12/30/2019. She believes that the wrist fracture is a significant contributing factor to the spread of her CRPS to the right side. Dr. Conn noted that additional treatment will be required as a result of the right CRPS. Dr. Conn recommended a spinal cord stimulator which will ultimately treat both the right and left upper extremities; therefore 50% of the need for the spinal cord stimulator will be necessary to treat the right sided symptoms directly related to the injuries Ms. Schultz sustained on 12/30/19. Prior to undergoing the spinal cord stimulator, she will need a psychological clearance and primary care physician medical clearance, and to be off blood thinners. She will then need the recommended SCS trial. Dr. Conn expects Ms. Schultz will pass the pre-procedure requirements and will need to proceed with the spinal cord stimulator trial which she also believes will more probably than not be successful. She noted that Ms. Schultz will more probably than not need the spinal cord

Ben Thomas, Esq.
RE:  Theresa Schultz
Page 2 of 3

stimulator implantation to treat he condition as a result of her injuries.  This spinal cord stimulator will not need to be replaced, as the recommended implant is rechargeable. Ms. Schultz needs continue Lyrica, but she is at the same dose as she was prior the spread of her CRPS.

## LIFE CARE PLAN

Life care planning involves consideration of recommendations from physicians and allied health professionals to determine an individual's current and future medical needs related to an event or occurrence. The medical recommendations considered in a Life Care Plan or medical costs analyses are those recommendations that are deemed a medical necessity with greater than 50% chance of being needed. In order to accurately fund future care, the frequency and duration of recommended treatment needs to be medically related.

The following are costs associated with Ms. Schultz's medical care needs and are specific to her treatment as a result of her injuries sustained on 12/30/19.  This life care plan was generated in accordance with the IARP and ICHCC standards; and the recommendations are based on a review of updated medical records, consultation with Dr. Conn, as well as information gathered during his interview.  This is a dynamic document and amendments will be made at any time based on Ms. Schultz's changing needs or additional information. Should there be any changes to the medical opinions of Dr. Conn as noted below, this life care plan will need to be amended accordingly. The following life care plan has been adjusted to reflect these changes.

### *SPINAL CORD STIMULATOR & ASSOCIATED COSTS:*

| Service or Item | Purpose | Duration | Frequency | Total Costs/Unit Costs | Comments |
|---|---|---|---|---|---|
| Psychological Evaluation | Pre-operative | Life expectancy | Once | $93.67-$110.00* | Per Dr. Conn. These costs are based on $187.33-$220.00 for the total evaluation cost. |
| PCP Clearance | Pre-Operative | Life expectancy | Once | $75.00-$250.00* | Per Dr. Conn. These costs are based on $150.00-$500.00 for the total PCP clearance. |
| SCS Trial | Pain Management | Life expectancy | Once | $36,550.00* | Per Dr. Conn. The spinal cord stimulator trial has been recommended to treat both the right and left side. 50% of the costs are included for the right.  These costs are based on a total of These costs are based on $73,100.00 for the full trial. |

Ben Thomas, Esq.
RE: Theresa Schultz
Page 3 of 3

| Service or Item | Purpose | Duration | Frequency | Total Costs/Unit Costs | Comments |
|---|---|---|---|---|---|
| SCS Implant | Pain Management | Life expectancy | Once | $100,842.50* | Per Dr. Conn. The spinal cord stimulator has been recommended to treat both the right and left side. 50% of the costs are included for the right. These costs are based on a total of $201,685.00 for the full implantation. |

*One-time only or short-term cost

*Subtotals for Spinal Cord Stimulator & Associated Costs:*
*Total Costs: $137,561.17 - $137,752.50*

This life care plan was generated in accordance with the IARP and ICHCC standards. It represents requirements as I understand them, as determined through research with suppliers, vendors, care providers, and others. This life care plan is a dynamic document and will be amended at any time, based on Ms. Schultz's changing needs and additional information.

Thank you for the opportunity to assist in this matter, and should you require any additional information or assistance, please do not hesitate to contact me.

Sincerely,

Lacy H. Sapp, PhD
Licensed Rehabilitation Counselor #649
Licensed Professional Counselor #2478
Licensed Marriage/Family Therapist #727
Certified Rehabilitation Counselor # 00043667
National Certified Counselor #67786
Certified Life Care Planner #0934