UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERESA SCHULTZ** | * | |
| | * | **CIVIL ACTION NO.: 20-cv-02830** |
| *Plaintiff,* | * | |
| | * | **DISTRICT JUDGE:** |
| **VERSUS** | * | **LANCE M. AFRICK** |
| | * | |
| **ROUSE'S ENTERPRISES, L.L.C.** | * | **MAGISTRATE JUDGE:** |
| | * | **MICHAEL B. NORTH** |
| *Defendant.* | * | |
| | * | **JURY TRIAL DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ORAL DEPOSITION OF DR. LACY SAPP

**TO:** **PLAINTIFF, THERESA SCHULTZ**
Through her attorneys of record:
SETH J. SMILEY (#32693)
BRADLEY ALDRICH (#32316)
BENJAMIN THOMAS (#39488)
804 Arabella Street
New Orleans, LA 70115
Telephone: (504) 894-9653
Facsimile: (504) 605-2054

**PLEASE TAKE NOTICE**, that Defendant, **ROUSES ENTERPRISES, L.L.C.**, will take the deposition of the deponent named below upon oral examination before an officer authorized by law to administer oaths, commencing on the date and at the time and place designated below and thereafter from day to day until completed, and of which time and place you are hereby notified to attend and take part as you deem advisable.

**Deponent:** Lacy H. Sapp, Phd

**Date and Time:** April 13, 2021, 10:00 a.m. (CST)

**Location:** Via Zoom

Attached to this notice as "Exhibit A" are the documents to be produced by Dr. Lacy Sapp, with Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, on the date and time indicated.

Said deposition shall be taken for all purposes authorized under the Federal Rules of Civil Procedure, including trial purposes.

**Respectfully submitted,**

**COTTEN SCHMIDT, L.L.P.**

**/s/ Cody J. Acosta**
**LAWRENCE E. ABBOTT    #02286**
**PAUL M. LAVELLE           #08692**
**CHRISTINE C. BRUNEAU #25366**
**CODY J. ACOSTA              #37005**
**650 Poydras St., Suite 1950**
**New Orleans, Louisiana  70130**
**Telephone: (504) 568-9393**
**Fax: (504) 524-1933**
*Attorneys for Rouse's Enterprises, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record by e-mail this 26th day of March, 2021.

**/s/Cody J. Acosta**

**EXHIBIT A**
**DOCUMENTS TO PRODUCE PER SUBPOENA DUCES TECUM**

1) Your entire file concerning Theresa Schultz

2) Every letter, drawing, memorandum, note—handwritten or otherwise, form or other document, including any and all correspondences, electronic or otherwise, between yourself and/or any person with regard to this case, including but not limited to any attorney or any party involved in this matter;

3) Copies of each and every statement or bill of services rendered, any and all documents of payment of such bill;

4) A list of names, addresses, telephone numbers and names of employer of any person who assisted or participated in any way in your work on this case;

5) All studies and/or reference materials used in forming your opinions;

6) A complete copy of your curriculum vitae;

7) Color copies of all photographs in connection with your work in this case;

8) A copy of any draft report(s) which may not have been finalized or sent out;

9) A copy of any letter, report, or other document between you and the attorneys representing Ms. Schultz;

10) A copy of all documents you received from any other persons in connection with your work in this case;

11) A copy of any other documents or other writings you relied on in arriving at your opinions in connection with this case.

12) Any and all exhibits which you intend to use at trial to support your opinion(s) in this case.

13) Any and all documents, memoranda, notes, correspondence, or other materials regarding any cost-research performed by you for this matter.