

March 24, 2021

Mr. Cody Acosta
Cotten Schmidt, LLP
650 Poydras Street Suite 1950
New Orleans, LA 70130

                                          RE:   Theresa Schultz
                            My File No.:   LS21045-D

Dear Mr. Acosta:

This letter confirms that Dr. Lacy Sapp's deposition in the above referenced matter has been scheduled for April 13, 2021 at 10:00 a.m. via video conference. Dr. Sapp's fee of $2,600.00, which allows for two hours of deposition time, is to be paid 72 hours in advance of the scheduled deposition. After the first two hours you will be charged $1,300.00 per hour, for a minimum of one hour. Any additional fees will be paid at the termination of the deposition. Our Tax ID number is 72-1461894.

**Deposition Refund Policy:**

| | |
|---|---|
| Cancellation: 3+ business days | 100% |
| Cancellation: 2 business days | 50% |
| Cancellation less than 2 business days | 0% |

If you have any questions regarding this matter, please do not hesitate to call.

Sincerely,

*Anna B. Kelley*

Anna B. Kelley
Administrative Assistant

cc:    Mr. Ben Thomas
        Smiley Law Firm, LLC
        3 Sanctuary Blvd Fl 3
        Mandeville, LA 70471