UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERESA SCHULTZ** | * | **CIVIL ACTION: 20-CV-02830** |
| | * | |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE LANCE AFRICK** |
| | * | |
| **ROUSES ENTERPRISES, LLC** | * | |
| | * | |
| | * | **MAG. MICHAEL B. MORTH** |

## PLAINTIFF'S WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, comes plaintiff, THERESA SCHULTZ, who may/will call the following witnesses at trial:

1. Theresa Schultz; will be called
   430 Howard St.
   Wiggins, MS 39577

2. Schultz's treating health care providers at Slidell Memorial Hospital, may be called;
   1001 Gause Blvd.
   Slidell, LA 70458

3. Schultz's treating health care providers at Louisiana Hand to Shoulder Center, including but not limited to Dr. Blane Sessions; will be called
   601 River Highlands Blvd., Suite 200
   Covington, LA 70433

4. Schultz's treating health care providers at Avala Hospital (f/k/a Fairway Medical Surgical Hospital); will be called
   67252 Industry Ln.
   Covington, LA 70433

5. Schultz's treating health care providers at Advanced Pain Institute including but not limited to Dr. Ann Conn; will be called
   42131 Veterans Blvd., #100
   Hammond, LA 70403

6. Any additional treating health care provider(s) whom Schultz sees after the date of these lists; may be called.

1

7. Employees/Agents/Representatives of Rouse's Enterprises, LLC, including but not limited the individuals named below; may be called.
   1301 St. Mary St.
   Thibodaux, LA 70301

8. All persons who witnessed Schultz's December 28, 2019 fall at Rouse's store #31; may be called;

9. Schultz's treating health care providers at Accelerated Hand Solutions, including but not limited to those persons listed in the medical records which are in defendant's possession; will be called;
   7047 Highway 190 E. Service Rd.
   Covington, LA 70433

10. All witnesses identified by any other party to this suit; may be called;

11. Mr. Keith Moulliet, may be called;

12. Mr. Jeffrey Cathcart, may be called;

13. A corporate representative of International Wine and Spirits including but not limited to those listed below; may be called;

14. Jack Guess, former/current liquor manager for Rouses; may be called.

15. Roger Nelson, Former/current Store manager at Rouses #31; may be called.

16. Frank (last name unknown), works/worked in pricing at Rouses #31, may be called.

17. Malcolm Landry, may be called;

18. Guy Pennsion, former/current store manager at Rouses #37, may be called;

19. Alton Johnson, former/current store manager at Rouses #22, may be called;

20. Ronda McGraw, former/current liquor manager at Rouses #20, may be called;

21. Shannon Favorite; former/current receiving manager at Rouses #37; may be called;

22. Donnie McDowall; former store manager (now potentially at Rouses corporate office) of Rouses #32, may be called;

23. William Manchot, may be called;

24. Brenda Hart, owner of The Wine Seller's and Habano's, may be called;

25. Charles Schultz, husband of plaintiff, may be called;

26. Lauren Tracy, beer manager at Acquistapace, may be called;

27. Amber Bourge, accounting assistant at International Wine and Spirits

28. David Paternoster, may be called;

29. Any person identified in any written discovery response by either party or in any deposition; may be called;

30. Any witnesses necessary to introduce/authenticate any exhibits; will be called.

31. Any witnesses necessary for rebuttal purposes; will be called

32. Dr. Lacy Sapp; expert witness, life care planner; will be called.

33. Any other person that is identified during the discovery process who has knowledge or information reasonably calculated to lead to the discovery of admissible evidence; may be called;

## EXHIBIT LIST

1. Any incident or accident report produced by any employee/agent/representative of Rouse's that discusses, addresses, or is related to the Fall

2. All prior or future incident reports regarding any personal injury at the Rouse's where the Fall occurred and any other Rouses Supermarkets

3. Any employee handbook/manual/guidelines regarding the placing of stock in Rouses Supermarkets.

4. Certified copy of any applicable insurance policy

5. Any witness statements and any written reports

6. Certified copies of all of Schultz's medical records and billing from Slidell Memorial Hospital

7. Certified copies of all of Schultz's medical records and billing from Louisiana Hand to Shoulder Center / Dr. Blane Sessions

8. Certified copies of all of Schultz's medical records and billing from Avala Hospital (f/k/a Fairway Medical Surgical Hospital)

9. Certified copies of all of Schultz's medical records and billing from Advanced Pain Institute / Dr. Ann Conn

10. Certified copies of all of Schultz's medical records and billing from Accelerated Hand Solutions

11. Certified copies of all of Schultz's medical records and billing from any other medical providers seen by Schultz for injuries arising out of her December 30, 2019 fall

12. Any and all expert reports obtained by any party, including but not limited to the original and supplemental expert reports and exhibits of Dr. Lacy Sapp

13. Any statements made/reported to Rouse's by Schultz

14. Diagrams/schematics of the area in or around the scene of the Fall

15. All video footage of the fall location from five days prior, during, and five days after the fall

16. All discovery (including medical and incident reports) produced by any party in this matter

17. All depositions taken in this matter

18. All documents and things produced and/or made available for inspection by any other party during discovery in this matter

19. Any document(s) produced in response to a subpoena

20. All documents and things attached as exhibits to any pleading in this matter

Plaintiff reserves her right to supplement and/or amend these lists as discovery is ongoing.

Respectfully Submitted,

/s/ Seth Smiley

_____
SETH J. SMILEY (# 32693)
BRADLEY ALDRICH (# 32316)
BENJAMIN THOMAS (#34988)
805 Arabella St.
New Orleans, LA 70115
Office: 504-894-9653
Fax: 504-605-2054
admin@smileyfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been electronically filed using the Court's CM/ECF system which will send notice to counsel of record this 31st day of March, 2021.

/s/ Seth Smiley
_____
Seth Smiley