**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THERESA SCHULTZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2830** |
| **ROUSE'S ENTERPRISES, L.L.C.** | **SECTION "I" (5)** |

A status conference will be held **BY TELEPHONE** with respect to the filing of a motion for summary judgment in the above-captioned case on **Tuesday, April 27, 2021 at 10:30 A.M.** COUNSEL SHALL FURNISH THE COURT WITH THE NAME AND TELEPHONE NUMBER OF WHO WILL PARTICIPATE IN THE CONFERENCE TWO DAYS PRIOR TO THE CONFERENCE. THE COURT WILL INITIATE THE TELEPHONE CALL. The Court's telephone number is (504) 589-7605.

New Orleans, Louisiana this 20th day of April, 2021.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE