MINUTE ENTRY
AFRICK, J.
April 27, 2021
JS-10 00:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---:|
| **THERESA SCHULTZ** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-2830** |
| **ROUSE'S ENTERPRISES, L.L.C.** | **SECTION I** |

**ORDER**

On this date, the Court held a telephonic status conference concerning the filing of a motion for summary judgment. As discussed during the conference,

**IT IS ORDERED** that defendant Rouse's Enterprises, L.L.C. may timely file a motion for summary judgment.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE