UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERESA SCHULTZ** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-2830** |
| **ROUSE'S ENTERPRISES, L.L.C.** | **SECTION I** |

### ORDER

In order to allow for additional briefing and consideration of a pending summary judgment motion,

**IT IS ORDERED** that the pretrial conference in the above-captioned matter is **CONTINUED** to **THURSDAY, JUNE 17, 2021, at 10:00 A.M.** The conference will be held in person.

New Orleans, Louisiana, May 28, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**