UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERESA SCHULTZ** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-2830** |
| **ROUSE'S ENTERPRISES, L.L.C.** | **SECTION I** |

### ORDER

Considering defendant Rouse's Enterprises, L.L.C.'s ("Rouse's") motion[1] for summary judgment,

**IT IS ORDERED** that, no later than **MONDAY, JUNE 7, 2021** the parties shall file supplemental briefing. The supplemental briefing shall address (1) whether the Merchant Liability Act applies to a non-slip risk such as the display that plaintiff argues caused her fall.[2] Plaintiff's supplemental briefing shall also address defendant's argument raised in reply that whatever non-slip risk the display's placement caused was "open and obvious" and that this warrants summary judgment, regardless of the Act's application.

New Orleans, Louisiana, May 28, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 38.
[2] For purposes of this briefing, the parties should assume that plaintiff's status as a non-customer does not bring the issue outside of the scope of the Act.