UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERESA SCHULTZ** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-2830** |
| **ROUSE'S ENTERPRISES, L.L.C.** | **SECTION I** |

## ORDER

Due to a scheduling conflict,

**IT IS ORDERED** that the pretrial conference currently scheduled for June 17, 2021 is **CONTINUED** to **THURSDAY, JUNE 24, 2021 at 11:00 A.M.**

New Orleans, Louisiana, June 11, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE